1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

11

UNITED STATES OF AMERICA,

12            Plaintiff,

13      v.

14   DELIA SOTO,

15            Defendant.

16

No. CR 13 – 197 RSL

ORDER GRANTING DEFENDANT'S
MOTION FOR UNITED STATES
MARSHAL SERVICE TO PROVIDE
TRANSPORTATION EXPENSES

17
18
19
20
21
22
23

        Defendant's motion for transportation expenses came on regularly for hearing, and the

Court, being fully advised, finds that the defendant is scheduled to enter a guilty plea on January

10, 2014, resides in Symar, California – a location outside this judicial district, is financially

unable to pay for transportation expenses to attend the plea hearing, and that the interests of

justice would be served by the provision of transportation by the United States Marshals Service

as authorized by 18 U.S.C. § 4285,

24
25
26

        IT IS THEREFORE ORDERED that defendant's Motion is GRANTED, and the United

States Marshals Service is hereby directed to provide Defendant Delia Soto with round trip air

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
SEATTLE, WA 98110
(206) 464-4142

fare from Burbank, California to Seattle, Washington, plus necessary subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a), to enable her to attend her plea hearing on January 10, 2014.

ORDERED this 3rd day of January, 2014.


_____
Robert S. Lasnik
United States District Judge


Presented by:

LAW OFFICES OF STEPHAN R. ILLA


Stephan R. Illa
    WSBA No. 15793
Attorney for Defendant

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
SEATTLE, WA 98110
(206) 464-4142